**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**v.**

**KADI ISATU JALLOH,**
**Defendant.**

**CASE NO. 5:25-CR-144-KKC-MAS-1**

**ORDER**

This matter was referred to Magistrate Judge Stinnett for the purpose of conducting rearraignment proceedings for Defendant Kadi Isatu Jalloh. After conducting those proceedings, Judge Stinnett filed a recommendation (R. 58) that the Court accept Defendant's: (1) guilty plea to the sole count in the original indictment (R. 1); (2) stipulation to the forfeiture allegation of the indictment; and (3) consent to the forfeiture of the specific property listed in the forfeiture allegation.

No objections have been filed and, having reviewed the record, the Court finds that Judge Stinnett satisfied all requirements of the Federal Rules of Criminal Procedure and the United States Constitution. Accordingly, the Court hereby **ORDERS** as follows:

(1) The Court **ADOPTS** the Magistrate Judge's Recommendation (R. 58) and **ACCEPTS** Defendant Kadi Isatu Jalloh's guilty plea; and

(2) Defendant Jalloh is **ADJUDGED GUILTY** of the sole count in the original indictment (R. 1); and

(3) It is **ADJUDGED** that Defendant Jalloh's interest in the property listed in the forfeiture allegation of the indictment (R. 1) is **FORFEITED**.

November 25, 2026.

**Signed By:**

***Karen K. Caldwell***

**United States District Judge**